Chris Grindling   cc DAE (PY)
600 Waiale Dr          SOM (LEK)
Wailuku 96793         PSA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2007

at ____ o'clock and 30 a.m ___ M.
SUE BEITIA, CLERK

In the U.S. District Court Hawaii

Chris Grindling      CV.NO. 02-00144 SOM LEK
         V.          Cr.NO. 05-00054 PAE KSC
State of Hawaii      Cr.NO. 07-00502 SOM BMK
     ET.AL.          Notice of appeal
                     to 9th Circuit

## Notice

You are hereby give notice of Petitioner Chris Grindling intent to appeal dismissed Habeas Corpus cause this court makes it impossible to comply with Rules of filing Basicly making relief unavailable to me by telling me I need to exhaust state remedies wich took longer than the 5 year sentence I was given now I'm out of Jail and cant file the Rule 40 I wrote in 2000 took over 4 years to get an answer SP.NO. 00-1-0013 filed in 2000 Disposition order filed 2004 see S.C. NO. 24675 Hawaii Supreme Court By then I was out of Jail

12-13-7
Date

Chris Grindling