Chris Griffin
600 Waiale Dr
Wailuku 96793

THIS MAIL IS FROM AN INMATE
IN A CORRECTIONAL INSTITUTION

HONOLULU HI 968

17 DEC 2007 PM 2 T

U.S. District Court Hawai'i
Prince Kuhio Federal Bld
300 alamoana Blvd
Honolulu Hi 96850