# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**     CHRIS GRINDLING vs. STATE OF HAWAII, ET AL.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**  CIVIL NO. 02-00144SOM-LEK

II  **DATE NOTICE OF APPEAL FILED:**   December 19, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**  ✓                 **BILLED:**  12/19/07

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:           & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:     DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

   CV 07-00502SOM-BMK;  CV 03-00054DAE-LEK

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 4, 2008

To All Counsel of Record as Appellees:

    IN RE:    CHRIS GRINDLING vs. STATE OF HAWAII, ET AL.

               CIVIL NO. 02-00144SOM-LEK (Chris Grindling vs. Albert Murashige, et al.,)

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on December 19, 2007 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                        Sincerely Yours,
                                        SUE BEITIA, CLERK

                                        by: Laila M. Geronimo
                                        Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       CHRIS GRINDLING (attorney for appellant)
           w/copy of instructions for civil appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet; CADS