UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRIS GRINDLING,<br><br>   Petitioner - Appellant<br><br>v.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII,<br><br>   Respondent - Appellee<br><br>and<br><br>TED SAKAI,<br><br>   Respondent | No. 08-15136<br>D.C. No. CV-02-00144-SOM/LEK<br><br>**MANDATE** |

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 28 2008
DISTRICT OF HAWAII

The judgment of this Court, entered 2/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Gabriela Van Allen
Deputy Clerk